**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **NEAL LAWRENCE,** : | |
| Plaintiff, : | |
| : | Case No. 3:14-cv-00129 |
| v. : | |
| : | Judge Thomas M. Rose |
| **BOOZ ALLEN HAMILTON INC.,** : | |
| Defendant. : | |

ORDER OF DISMISSAL: TERMINATION ENTRY

The Court having been advised by counsel for the parties that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.   All parties are to bear their own fees and costs.

Pursuant to *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), the parties intend to preserve this Court's jurisdiction to enforce the settlement.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

IT IS SO ORDERED.

September 9, 2014

                                                **s/Thomas M. Rose**
                                                Thomas M. Rose, Judge
                                                United States District Court